IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM TRANQUILLI, | ) | 1:08-CV-630 AWI SMS |
| | ) | |
| Plaintiff, | ) | **ORDER CLOSING CASE IN LIGHT OF THE PARTIES'S RULE 41(a) VOLUNTARY DISMISSAL** |
| v. | ) | |
| BYER PROPERTIES, L.P., | ) | |
| Defendant. | ) | |

The following stipulation was filed by the parties on August 7, 2008:

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for one year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Date: August 7, 2008                    Date:  August 7, 2008


S/William H. Liefer,                    S/Thomas N. Stewart, III,
Attorney for Defendant                  Attorney for Plaintiff


## ORDER

In accordance with the above stipulation, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, the Clerk will CLOSE the case, but the Court will retain jurisdiction over this case for one year in order to enforce the terms of the settlement, if necessary.

IT IS SO ORDERED.

**Dated:   August 7, 2008**                    /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE